**Electronically Filed
Supreme Court
SCWC-22-0000139
23-FEB-2023
08:15 AM
Dkt. 3 ODAC**

SCWC-22-0000139

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LOREN HAMMOND, aka LOREN DALE HAMMOND III,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000139; CASE NO. 1CPN-21-0000028)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant Loren Hammond's

application for writ of certiorari, filed on January 12, 2023, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, February 23, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins